GO11-10(b)) / RC    /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Leonard C Mcgee Jr                              CASE NO:   4:09-bk-14165 E
                                                         Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 06/29/2010 requiring the Debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 06/29/2010.

IT IS SO ORDERED.


Date: 11/16/2010                                         /s/   Audrey R. Evans
                                                         Audrey R. Evans
                                                         U.S. Bankruptcy Judge



cc:   Mark T. McCarty, Trustee

      Kent Pray
      P O Box 94224
      No Little Rock, AR  72190

      Leonard C Mcgee Jr
      620 Annelle St.
      North Little Rock, AR  72117

      All Creditors